

**THE WEISER LAW FIRM, P.C.**
121 N. WAYNE AVENUE, SUITE 100
WAYNE, PA 19087
TELEPHONE: (610) 225-2677
FACSIMILE:  (610) 225-2678
WWW.WEISERLAWFIRM.COM

September 25, 2009

**VIA E-MAIL**
Mark Lebovitch, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
markl@blbglaw.com

    Re:    **Pfizer Inc. Derivative Litigation**

Dear Mark:

    I write this letter to follow-up on our conversation earlier today regarding the four pending Pfizer, Inc. shareholder derivative actions. Per our discussion, we both agree that the cases should properly be consolidated, and that steps should be taken in short order to accomplish the consolidation of the cases.

    I also raise a point of clarification. In your client's complaint, you aver that Louisiana Sheriffs' Pension and Relief Fund ("Louisiana Sheriffs") is a current Pfizer shareholder and was a Pfizer stockholder at the time of the misconduct complained of therein. However, there is no information regarding a specific time since which Louisiana Sheriffs has continuously held Pfizer stock. My client's complaint is similarly unclear in this regard; however in the interests of full disclosure I represent to you that my client, Henrietta Klein, has held Pfizer stock continuously since September 27, 1998. In addition, according to the allegations set forth in the other two Pfizer derivative complaints, Robert J. Casey has held Pfizer stock continuously since prior to January 2000, William A. Houston has held Pfizer stock continuously since 2005, and James Kenney has held Pfizer stock continuously since August 2004. Accordingly, please clarify how long Louisiana Sheriffs has continuously held Pfizer stock.

    If you are available, I would like to further discuss the consolidation of the Pfizer derivative cases with you on Monday, or as soon thereafter as possible. Please let me know of a convenient time for us to resume our conversations. Thank you, and best regards.

Very truly yours,

THE WEISER LAW FIRM, P.C.

*Robert B. Weiser*/bds
_____
Robert B. Weiser