# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| HENRIETTA KLEIN, derivatively on behalf of PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, STEPHEN W. SANGER, WILLIAM C. STEERE, JR., FREDA C. LEWIS-HALL, FRANK D'AMELIO, and IAN READ, <br><br> Defendants, <br><br> and <br><br> PFIZER INC., <br><br> Nominal Defendant. | Civil Action No. 09-cv-7822(JSR) |

## DECLARATION OF HENRIETTA KLEIN IN SUPPORT OF PFIZER INC. STOCK OWNERSHIP

|  |  |
|---|---|
| JAMES KENNEY, Derivatively on Behalf of PFIZER INC., | Civil Action No. 09-cv-7913(JSR) |
| Plaintiff, | |
| v. | |
| JEFFREY B. KINDLER, DOUGLAS M. LANKLER, DENNIS A. AUSIELLO, MICHAEL S. BROWN, ROBERT N. BURT, W. DON CORNWELL, CONSTANCE J. HORNER, JAMES M. KILTS, DANA G. MEAD, SUZANNE NORA JOHNSON, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, FRANKLIN D. RAINES, RUTH J. SIMMONS, AND JEAN-PAUL VALLES | |
| Defendants, | |
| and | |
| PFIZER INC., | |
| Nominal Defendant. | |

---

ROBERT J. CASEY and WILLIAM A.
HOUSTON Derivatively on Behalf of
PFIZER INC.,

                    Plaintiff,

v.

DENNIS A. AUSIELLO, MICHAEL S.
BROWN, ANTHONY M. BURNS,
ROBERT N. BURT, DON W.
CORNWELL, WILLIAM H. GRAY, III,
CONSTANCE J. HORNER, JAMES M.
KILTS, JEFFREY B. KINDLER,
GEORGE A. LORCH, DANA G. MEAD,
SUZANNE NORA JOHNSON, STEPHEN
W. SANGER, WILLIAM C. STEERE, JR.,
FREDA C. LEWIS-HALL, FRANK
D'AMELIO, and IAN READ,

                    Defendants,

and

PFIZER INC.,

                 Nominal Defendant.

---

Civil Action No. 09-cv-7983(JSR)

LOUISIANA SHERIFFS' PENSION AND
RELIEF FUND, Derivatively on Behalf of
PFIZER INC.,

                            Plaintiff,

v.

DENNIS A. AUSIELLO; MICHAEL S.
BROWN; M. ANTHONY BURNS;
ROBERT N. BURT; W. DON
CORNWELL; WILLIAM H. GRAY III;
CONSTANCE J. HORNER; JAMES M.
KILTS; JEFFREY B. KINDLER;
GEORGE A. LORCH; DANA G. MEAD;
SUZANNE NORA JOHNSON; WILLIAM
C. STEERE, JR.; DOUGLAS M.
LANKLER; FRANK A. D'AMELIO; IAN
C. READ; and JOSEPH M. FECZKO

                         Defendants,

and

PFIZER INC.,

                  Nominal Defendant.

Civil Action No. 09-cv-8042(JSR)

CATHY BUCH, Derivatively on Behalf of PFIZER INC.,

        Plaintiff,

v.

DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, WILLIAM C. STEERE, JR., DOUGLAS M. LANKLER, FRANK A. D'AMELIO, IAN C. READ, JOSEPH M. FECZKO, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLES, FREDA C. LEWIS-HALL, and PFIZER INC.

        Defendants.

Civil Action No. 09-cv-8289(JSR)

|  |  |
|---|---|
| AMALGAMATED BANK, AS TRUSTEE FOR LONGVIEW LARGECAP 500 INDEX VEBA FUND, LONGVIEW LARGECAP 500 INDEX FUND and LONGVIEW QUANTITATIVE LARGECAP FUND, derivatively, on behalf of PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, WILLIAM C. STEERE, JR., WILLIAM R. HOWELL, HENRY A. MCKINNELL, STANLEY O. IKENBERRY, RUTH J. SIMMONS, DOUGLAS M. LANKLER, FRANK A. D'AMELIO, IAN C. READ, and JOSEPH M. FECZKO <br><br> Defendants, <br><br> and <br><br> PFIZER INC., <br><br> Nominal Defendant. | Civil Action No. 09-cv-8363(JSR) |

## DECLARATION OF HENRIETTA KLEIN IN SUPPORT OF
## PFIZER INC. STOCK OWNERSHIP

I, Henrietta Klein, being duly sworn on oath, deposes and states:

1.      My name is Henrietta Klein and I am the plaintiff to the shareholder derivative action asserted on behalf of Pfizer Inc. ("Pfizer" or the "Company"), captioned *Klein v. Ausiello, et al.*, Civil Action No. 09-cv-7822, pending in the U.S. District Court for the Southern District of New York (the "Action").

2.      I have owned Pfizer common stock continuously since September 27, 1998.  I currently own 100 shares of Pfizer common stock.  I understand that as a plaintiff to the Action, I have fiduciary duties with respect to the Company and I am committed to retaining my 100 Pfizer shares throughout the duration of the litigation.

3.      I am interested in the Action because I want to help protect the long-term value of the Company for the benefit of its long-term stockholders (such as myself) and because I want to ensure that Pfizer is not harmed, damaged, or penalized any further as a result of illicit or improper marketing practices conducted in connection with its products.  I am also interested in the Action because I want the individuals at Pfizer responsible for causing damages to Pfizer to be held responsible for their actions.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and ability.

Executed on September 25, 2009

_____
HENRIETTA KLEIN