UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRIETTA KLEIN, derivatively, on behalf of PFIZER INC., <br><br>    Plaintiff, <br><br> v. <br><br> DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT; W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON; STEPHEN W. SANGER; WILLIAM C. STEERE, JR., FREDA C. LEWIS-HALL, FRANK A. D'AMELIO, and IAN READ, <br><br>    Defendants, <br><br> and <br><br> PFIZER INC., <br><br>    Nominal Defendant. | C.A. No. 09-cv-7822-JSR <br><br> ECF CASE |

[caption continues on the following page]

**RESPONSE TO THE MOTIONS FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL AND CONSOLIDATION OF RELATED ACTIONS**

| | |
|---|---|
| JAMES KENNEY, derivatively, on behalf of PFIZER INC., <br><br>                  Plaintiff, <br><br>v. <br><br>JEFFREY B. KINDLER, DOUGLAS M. LANKLER, DENNIS A. AUSIELLO, MICHAEL S. BROWN, ROBERT N. BURT, W. DON CORNWELL, CONSTANCE J. HORNER, JAMES M. KILTS, DANA G. MEAD; SUZANNE NORA JOHNSON, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, FRANKLIN D. RAINES, RUTH J. SIMMONS, and JEAN PAUL VALLES, <br><br>                  Defendants, <br><br>and <br><br>PFIZER INC., a Delaware corporation, <br><br>                  Nominal Defendant. | **C.A. No. 09-cv-7913-JSR** <br><br> **ECF CASE** |

| | |
|---|---|
| ROBERT J. CASEY and WILLIAM A. HOUSTON, derivatively, on behalf of PFIZER INC., | C.A. No. 09-cv-7983-JSR |
| Plaintiffs, | ECF CASE |
| v. | |
| DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, STEPHEN W. SANGER, WILLIAM C. STEERE, JR., FREDA C. LEWIS-HALL, FRANK A. D'AMELIO and IAN C. READ, | |
| Defendants, | |
| and | |
| PFIZER INC., a Delaware corporation, | |
| Nominal Defendant. | |

| | |
|---|---|
| LOUISIANA SHERIFFS' PENSION AND RELIEF FUND, derivatively, on behalf of PFIZER INC., | C.A. No. 09-cv-8042-JSR |
| Plaintiff, | |
| v. | ECF CASE |
| DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, WILLIAM C. STEERE, JR., DOUGLAS M. LANKLER, FRANK. A. D'AMELIO, IAN C. READ, and JOSEPH M. FECZKO, | |
| Defendants, | |
| and | |
| PFIZER INC., | |
| Nominal Defendant. | |

| | |
|---|---|
| CATHY BUCH,<br><br>                    Plaintiff,<br><br>v.<br><br>DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, STEPHEN W. SANGER, WILLIAM C. STEERE, JR., DOUGLAS M. LANKLER, FRANK A. D'AMELIO, IAN C. READ, JOSEPH M. FECZKO, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELLSTANLEY O. IKENBERRY, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLES, FREDA C. LEWIS-HALL, and PFIZER INC.,<br><br>                    Defendants. | **C.A. No. 09-cv-8289-JSR**<br><br>**ECF CASE** |

| | |
|---|---|
| AMALGAMATED BANK, AS TRUSTEE FOR LONGVIEW LARGECAP 500 INDEX VEBA FUND, LONGVIEW LARGECAP 500 INDEX FUND and LONGVIEW QUANTITATIVE LARGECAP FUND, derivatively, on behalf of PFIZER INC., | C.A. No. 09-cv-8363-JSR |
| Plaintiff, | ECF CASE |
| v. | |
| DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, WILLIAM C. STEERE, JR., WILLIAM R. HOWELL, HENRY A. MCKINNELL, STANLEY O. IKENBERRY, RUTH J. SIMMONS, DOUGLAS M. LANKLER, FRANK. A. D'AMELIO, IAN C. READ, and JOSEPH M. FECZKO, | |
| Defendants, | |
| and | |
| PFIZER INC., | |
| Nominal Defendant. | |

Case 1:09-cv-07822-JSR   Document 15   Filed 10/13/2009   Page 7 of 9

| | |
|---|---|
| THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF AMALGAMTED TRANSIT UNION,<br><br>                Plaintiff,<br><br>v.<br><br>DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, STEPHEN W. SANGER, WILLIAM C. STEERE, JR., DOUGLAS M. LANKLER, FRANK A. D'AMELIO, IAN C. READ, JOSEPH M. FECZKO, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLES, FREDA C. LEWIS-HALL and PFIZER INC.,<br><br>                Defendants. | **C.A. No. 09-cv-8388-JSR**<br><br>**ECF CASE** |

| | |
|---|---|
| SKANDIA LIFE INSURANCE COMPANY LTD., | |
| Plaintiff, | C.A. No. 09-cv-8544-UA |
| v. | |
| | ECF CASE |
| JEFFREY B. KINDLER, DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, SUZANNE NORA JOHNSON, JAMES M. KILTS, GEORGE A. LORCH, HENRY A. MCKINNELL, DANA G. MEAD, FRANKLIN D. RAINES, DAVID L. SHEDLARZ, RUTH J. SIMMONS, WILLIAM C. STEERE, JR., JEAN-PAUL VALLES, FRANK A. D'AMELIO, JOSEPH M. FECZKO, DOUGLAS M. LANKLER, and IAN C. READ, | |
| Defendants, | |
| and | |
| PFIZER INC., | |
| Nominal Defendant. | |

Plaintiffs Cathy Buch and The Port Authority of Allegheny County Retirement and Disability Allowance Plan For Employees Represented by Local 85 of Amalgamated Transit Union ("ATU 85") support the motion of Amalgamated Bank, Trustee, for appointment as lead plaintiff in recognition of its large stock holding in Pfizer, its sophistication and commitment to the litigation, and retention of experienced attorneys. Amalgamated Bank reports that it holds 2,334,656 shares of Pfizer stock and intends to continue holding a significant number of shares at least until the resolution of the action. Plaintiffs Buch and ATU 85 also support Amalgamated Bank's selection of Bernstein Litowitz Berger & Grossman for lead counsel.

Dated: New York, New York
      October 13, 2009

BARRACK, RODOS & BACINE

/s Alexander Arnold Gershon
Alexander Arnold Gershon (AG 3809)
Regina M. Calcaterra (RC 8583)
Gloria Kui Melwani (GK 5661)
1350 Broadway, Suite 1001
New York, New York 10018
(212) 688-0782

*Attorneys for Plaintiffs Cathy Buch and ATU 85*

*Of Counsel*:
Barrack, Rodos & Bacine
Daniel E. Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
(215) 963-0600