USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-22-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRIETTA KLEIN, derivatively, on behalf of PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT; W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON; STEPHEN W. SANGER; WILLIAM C. STEERE, JR., FREDA C. LEWIS-HALL, FRANK A. D'AMELIO, and IAN READ, <br><br> Defendants, <br><br> and <br><br> PFIZER INC., <br><br> Nominal Defendant. <br>                   Nominal Defendant. | C.A. No. 09-cv-7822-JSR <br><br> ECF CASE |

[caption continues on the following page]

**ORDER CONSOLIDATING RELATED ACTIONS**

| | |
|---|---|
| JAMES KENNEY, derivatively, on behalf of PFIZER INC., | **C.A. No. 09-cv-7913-JSR** |
| Plaintiff, | **ECF CASE** |
| v. | |
| JEFFREY B. KINDLER, DOUGLAS M. LANKLER, DENNIS A. AUSIELLO, MICHAEL S. BROWN, ROBERT N. BURT, W. DON CORNWELL, CONSTANCE J. HORNER, JAMES M. KILTS, DANA G. MEAD; SUZANNE NORA JOHNSON, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, FRANKLIN D. RAINES, RUTH J. SIMMONS, and JEAN PAUL VALLES, | |
| Defendants, | |
| and | |
| PFIZER INC., a Delaware corporation, | |
| Nominal Defendant. | |

| | |
|---|---|
| ROBERT J. CASEY and WILLIAM A. HOUSTON, derivatively, on behalf of PFIZER INC., <br><br>                         Plaintiffs, <br>v. <br><br>DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, STEPHEN W. SANGER, WILLIAM C. STEERE, JR., FREDA C. LEWIS-HALL, FRANK A. D'AMELIO and IAN C. READ, <br><br>                         Defendants, <br><br>and <br><br>PFIZER INC., a Delaware corporation, <br><br>                         Nominal Defendant. | **C.A. No. 09-cv-7983-JSR** <br><br> **ECF CASE** |

| | |
|---|---|
| LOUISIANA SHERIFFS' PENSION AND RELIEF FUND, derivatively, on behalf of PFIZER INC., <br><br> Plaintiff, <br><br> v. <br><br> DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, WILLIAM C. STEERE, JR., DOUGLAS M. LANKLER, FRANK. A. D'AMELIO, IAN C. READ, and JOSEPH M. FECZKO, <br><br> Defendants, <br><br> and <br><br> PFIZER INC., <br><br> Nominal Defendant. | **C.A. No. 09-cv-8042-JSR** <br><br> **ECF CASE** |

| | |
|---|---|
| CATHY BUCH,<br><br>      Plaintiff,<br><br>v.<br><br>DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, STEPHEN W. SANGER, WILLIAM C. STEERE, JR., DOUGLAS M. LANKLER, FRANK A. D'AMELIO, IAN C. READ, JOSEPH M. FECZKO, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELLSTANLEY O. IKENBERRY, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLES, FREDA C. LEWIS-HALL, and PFIZER INC.,<br><br>      Defendants. | **C.A. No. 09-cv-8289-JSR**<br><br>**ECF CASE** |

| | |
|---|---|
| AMALGAMATED BANK, AS TRUSTEE FOR LONGVIEW LARGECAP 500 INDEX VEBA FUND, LONGVIEW LARGECAP 500 INDEX FUND and LONGVIEW QUANTITATIVE LARGECAP FUND, derivatively, on behalf of PFIZER INC., | C.A. No. 09-cv-8363-JSR |
| Plaintiff, | ECF CASE |
| v. | |
| DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, WILLIAM C. STEERE, JR., WILLIAM R. HOWELL, HENRY A. MCKINNELL, STANLEY O. IKENBERRY, RUTH J. SIMMONS, DOUGLAS M. LANKLER, FRANK. A. D'AMELIO, IAN C. READ, and JOSEPH M. FECZKO, | |
| Defendants, | |
| and | |
| PFIZER INC., | |
| Nominal Defendant. | |

| | |
|---|---|
| THE PORT AUTHORITY OF ALLEGHENY COUNTY RETIREMENT AND DISABILITY ALLOWANCE PLAN FOR EMPLOYEES REPRESENTED BY LOCAL 85 OF AMALGAMTED TRANSIT UNION,<br><br>                Plaintiff,<br><br>v.<br><br>DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON, STEPHEN W. SANGER, WILLIAM C. STEERE, JR., DOUGLAS M. LANKLER, FRANK A. D'AMELIO, IAN C. READ, JOSEPH M. FECZKO, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, FRANKLIN D. RAINES, RUTH J. SIMMONS, JEAN-PAUL VALLES, FREDA C. LEWIS-HALL and PFIZER INC.,<br><br>                Defendants. | C.A. No. 09-cv-8388-JSR<br><br>**ECF CASE** |

| | |
|---|---|
| SKANDIA LIFE INSURANCE COMPANY LTD.,<br><br>                Plaintiff,<br><br>v.<br><br>JEFFREY B. KINDLER, DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT, W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, SUZANNE NORA JOHNSON, JAMES M. KILTS, GEORGE A. LORCH, HENRY A. MCKINNELL, DANA G. MEAD, FRANKLIN D. RAINES, DAVID L. SHEDLARZ, RUTH J. SIMMONS, WILLIAM C. STEERE, JR., JEAN-PAUL VALLES, FRANK A. D'AMELIO, JOSEPH M. FECZKO, DOUGLAS M. LANKLER, and IAN C. READ,<br><br>                Defendants,<br><br>   and<br><br>PFIZER INC.,<br><br>                Nominal Defendant. | **C.A. No. 09-cv-8544-UA**<br><br>**ECF CASE** |

| | |
|---|---|
| LIUNA STAFF & AFFILIATES PENSION FUND<br><br>- and -<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA NATIONAL (INDUSTRIAL) PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS A. AUSIELLO, MICHAEL S. BROWN, M. ANTHONY BURNS, ROBERT N. BURT; W. DON CORNWELL, WILLIAM H. GRAY III, CONSTANCE J. HORNER, JAMES M. KILTS, JEFFREY B. KINDLER, GEORGE A. LORCH, DANA G. MEAD, SUZANNE NORA JOHNSON; STEPHEN W. SANGER; WILLIAM C. STEERE, JR., DOUGLAS M. LANKLER, FRANK A. D'AMELIO, IAN C. READ, JOSEPH M. FECZKO, HENRY A. MCKINNELL, DAVID L. SHEDLARZ, WILLIAM R. HOWELL, STANLEY O. IKENBERRY, RUTH J. SIMMONS, JEAN-PAUL VALLES, FREDA C. LEWIS-HALL, and PFIZER INC.,<br><br>Defendants. | C.A. No.09-8795-UA<br><br>ECF CASE |

ORDER

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed or transferred derivative actions on behalf of Pfizer Inc. that are related to the claims asserted in these actions, are consolidated for all purposes. This consolidated action shall be captioned <u>In re Pfizer Inc. Shareholder Derivative Litigation</u>, and a Master File shall be maintained under the number of the first-filed case, 09-cv-7822.

SO ORDERED.

Dated: New York, NY
       October 22, 2009

JED S. RAKOFF, U.S.D.J.