

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
IN RE:                                 :
                                       :    Master File No.:
PFIZER INC. SHAREHOLDER DERIVATIVE     :    09 Civ. 7822 (JSR)
LITIGATION                             :
                                       :         ORDER
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

During a telephonic conference held on October 19, 2009, the Court scheduled a hearing on motions to appoint a lead plaintiff and to approve lead counsel. This hearing will be held at 2:00 p.m. on November 4, 2009, in Courtroom 14B at 500 Pearl Street, New York, NY. The representative of Amalgamated Bank (the only shareholder seeking appointment as lead plaintiff) who will be supervising this litigation for the plaintiffs is directed to attend.

Also during that telephonic conference, the Court approved the parties' agreement that any consolidated amended complaint must be filed by November 18, 2009, and that any motions to dismiss the consolidated amended complaint must be filed by December 16, 2009, with opposition papers filed by January 8, 2010, and reply papers filed by January 22, 2010. Oral argument on any such motions to dismiss will be held in the above-mentioned courtroom on February 5, 2010, at 11:30 a.m.

SO ORDERED.

Dated: New York, NY
       November 2, 2009                    _____
                                           JED S. RAKOFF, U.S.D.J.