UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PFIZER INC. SHAREHOLDER DERIVATIVE LITIGATION | No. 09 Civ. 7822 (JSR)<br><br>ECF Case |

**NOTICE OF MOTION OF DEFENDANTS TO DISMISS THE CONSOLIDATED, AMENDED AND VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

PLEASE TAKE NOTICE that upon: (i) the Consolidated, Amended and Verified Shareholder Derivative Complaint (the "Complaint") in the above-captioned action; (ii) the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint; (iii) the accompanying Declaration of Jason M. Halper, dated December 16, 2009, and the exhibits attached thereto; and (iv) all prior papers and proceedings herein, defendants Dennis A. Ausiello, Michael S. Brown, M. Anthony Burns, Robert N. Burt, W. Don Cornwell, William H. Gray III, Constance J. Horner, James M. Kilts, Jeffrey B. Kindler, George A. Lorch, Suzanne Nora Johnson, Dana G. Mead, Stephen W. Sanger, William C. Steere, Jr., William R. Howell, Stanley O. Ikenberry, Henry A. McKinnell, Ruth J. Simmons, Frank A. D'Amelio, Joseph M. Feczko, Douglas M. Lankler, Ian Read and Allen P. Waxman, and nominal defendant Pfizer Inc. will move this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on February 5, 2010 at 11:30 a.m., or as soon thereafter as counsel may be heard, for an Order dismissing the Complaint with prejudice pursuant to Rules 23.1, 12(b)(6), 12(b)(5) and 9(b) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's order, dated November 2, 2009, Plaintiffs' opposition papers shall be served and filed on or before January 8, 2010; Defendants' reply papers shall be served and filed on or before January 22, 2010; and oral argument shall be held on February 5, 2010 at 11:30 a.m.

Dated: December 16, 2009
New York, New York

| DLA PIPER LLP (US) | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: _____/s/ Loren H. Brown_____<br>Loren H. Brown<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: (212) 335-4846<br><br>Attorneys for Nominal Defendant Pfizer Inc. | _____/s/ Gregory A. Markel_____<br>Dennis J. Block<br>Gregory A. Markel<br>Jason M. Halper<br>One World Financial Center<br>New York, New York 10281<br>(212) 504-6000<br><br>Attorneys for Defendants Dennis A. Ausiello, Michael S. Brown, M. Anthony Burns, Robert N. Burt, W. Don Cornwell, William H. Gray III, Constance J. Horner, James M. Kilts, Jeffrey B. Kindler, George A. Lorch, Suzanne Nora Johnson, Dana G. Mead, Stephen W. Sanger, William C. Steere, Jr., William R. Howell, Stanley O. Ikenberry, Henry A. McKinnell, Ruth J. Simmons, Frank A. D'Amelio, Joseph M. Feczko, Douglas M. Lankler, Ian Read and Allen P. Waxman. |