UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PFIZER INC. SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 09-CV-7822 (JSR)<br><br>**JURY TRIAL DEMANDED**<br><br>**ECF CASE** |

**DECLARATION OF MARK LEBOVITCH IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED, AMENDED AND VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**

I, Mark Lebovitch, declare as follows:

1.  I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP. I submit this Declaration in opposition to Defendants' Motion to Dismiss the Consolidated, Amended and Verified Shareholder Derivative Complaint.

2.  Attached as Exhibits A through G are true and correct copies of the following documents:

Exhibit A: Glossary of selected defined terms used in Consolidated, Amended and Verified Shareholder Derivative Complaint, *In re Pfizer Inc. Shareholder Derivative Litigation*, No. 09-cv-7822 (JSR) (S.D.N.Y. Nov. 18, 2009) (Dkt. #34);

Exhibit B: Sentencing Memorandum of the United States, *United States v. Warner-Lambert Company LLC*, No. 04-cr-10150 (RGS) (D. Mass. June 2, 2004);

Exhibit C: Corporate Integrity Agreement Between the Office of the Inspector General of the Department of Health and Human Services and Pfizer Inc.;

Exhibit D: Verified Shareholder Derivative Complaint, *King v. Baldino*, No. 08-cv-54 (GMS) (D. Del. Jan. 25, 2008);

Exhibit E: Stipulation of Dismissal, *United States ex rel. Franklin v. Parke-Davis, Division of Warner Lambert Company*, No. 96-cv-11651 (PBS) (D. Mass. June 16, 2004);

Exhibit F: Order, *United States ex rel. Franklin v. Parke-Davis, Division of Warner Lambert Company*, No. 96-cv-11651 (PBS) (D. Mass. June 30, 2004); and

Exhibit G: Hearing Tr., *In re Pfizer Inc. Shareholder Derivative Litigation*, No. 09-cv-7822 (JSR) (S.D.N.Y. Nov. 4, 2009).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this eighth day of January, 2010.

    /s/    Mark Lebovitch
        Mark Lebovitch