```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
IN RE:                               :
                                     :     Master File No.:
PFIZER INC. SHAREHOLDER DERIVATIVE   :     09 Civ. 7822 (JSR)
LITIGATION                           :
------------------------------------ x     ORDER
```

JED S. RAKOFF, U.S.D.J.

By letter dated November 15, 2010, the parties informed the Court that they had reached a proposed settlement. Accordingly, the Court has scheduled a hearing for December 6, 2010 at 4:00 p.m., at which time the Court will consider whether to grant preliminary approval of the proposed settlement. In accordance with the telephone conference held on November 15, 2010, the parties are directed to submit by December 1, 2010, a signed stipulation of settlement and motion papers requesting the Court's preliminary approval of the settlement. The summary judgment motion practice presently under way is adjourned pending the December 6 hearing.

SO ORDERED.

Dated: New York, NY
       November 16, 2010

_____
JED S. RAKOFF, U.S.D.J.