UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PFIZER INC. SHAREHOLDER DERIVATIVE LITIGATION | No. 09-CV-7822 (JSR)<br><br>ECF CASE |

### NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF DERIVATIVE LITIGATION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

TO:   All Counsel of Record

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law In Support of Plaintiffs' Motion for Final Approval of Derivative Litigation Settlement and Award of Attorneys' Fees and Reimbursement of Expenses, the Affidavit of Jeffrey N. Gordon in Support of Plaintiffs' Motion for Final Approval of Derivative Action Settlement, and the Joint Declaration of Mark Lebovitch and David Wales, Plaintiffs in the above-captioned shareholder derivative litigation, will move this Court before the Honorable Jed S. Rakoff on March 7, 2011 at 4:00 p.m. at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for entry of an Order approving the proposed final settlement of this Litigation (the "Settlement") and awarding attorneys' fees and reimbursement of expenses.

For the reasons set forth in Plaintiffs' Memorandum of Law, the Affidavit of Jeffrey N. Gordon and the Joint Declaration of Mark Lebovitch and David Wales, Plaintiffs respectfully request that the Court approve the Settlement and approve the requested attorneys' fees and expenses.

DATED: February 7, 2011

        **BERNSTEIN LITOWITZ BERGER**
          **& GROSSMANN LLP**


By: /s/ Mark Lebovitch
    Mark Lebovitch, Esq.
    David Wales, Esq.
    Beata Farber, Esq.
    Jeroen van Kwawegen, Esq.
    Jonathan D. Uslaner, Esq.
    Kristin Ann Meister, Esq.
    1285 Avenue of the Americas
    New York, New York 10019
    Tel: 212-554-1400
    Fax: 212-554-1444

*Court-Appointed Lead Derivative Counsel and Counsel for Co-Lead Plaintiff Louisiana Sheriffs' Pension and Relief Fund*


**KIRBY McINERNEY LLP**
David E. Kovel, Esq.
Edward M. Varga, Esq.
Surya Palaniappan, Esq.
825 Third Avenue
New York, New York 10022
Tel: 212-371-6600
Fax: 212-751-2540

*Counsel for Co-Lead Plaintiff Skandia Life Insurance Company Ltd.*

**KLAUSNER & KAUFMAN, P.A.**
Robert D. Klausner, Esq.
10059 N.W. 1st Court
Plantation, FL 33324
Tel: (954) 916-1202

*Counsel for Co-Lead Plaintiff Louisiana Sheriffs' Pension and Relief Fund*

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser, Esq.
Brett D. Stecker, Esq.

2

121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Tel: 610-225-2677

*Counsel for Additional Plaintiff Henrietta Klein*

**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**
Jason S. Cowart, Esq.
Marie L. Oliver, Esq.
100 Park Avenue, 26th Floor
New York, NY 10017
Tel: (212) 661-1100

**BARRACK RODOS & BACINE**
Daniel E. Bacine, Esq.
Julie B. Palley, Esq.
Two Commerce Square
2001 Market Street – Suite 3300
Philadelphia, PA 19103
Tel: (215) 963-0600

*Counsel for Additional Plaintiff Port Authority of Allegheny County Retirement and Disability Allowance Plan for Employees represented by Local 85 of Amalgamated Transit Union*