# Exhibit J

*In re Pfizer Inc. Shareholder Derivative Litigation*
*Case No. 09-CV-7822 (JSR)*

## CONTRIBUTIONS TO AND
## EXPENDITURES FROM THE LITIGATION FUND

**CONTRIBUTIONS:**

| Firm | Amount |
| --- | --- |
| Bernstein Litowitz Berger & Grossmann LLP | $420,000.00 |
| Barrack Rodos & Bacine | 30,000.00 |
| Kirby McInerney LLP | 105,000.00 |
| Pomerantz Haudek Grossman & Gross, LLP | 30,000.00 |
| The Weiser Law Firm, P.C. | 20,000.00 |
| | |
| **TOTAL CONTRIBUTED:** | **$605,000.00** |

**DISBURSEMENTS:**

| Category of Expense | Amount Expended |
| --- | --- |
| Experts | $548,028.95 |
| Outside Copying | 17,478.53 |
| Court Reporters & Transcripts | 6,451.51 |
| Retrieval of Documents | 214.90 |
| Service Fees | 175.00 |
| | |
| **TOTAL DISBURSED:** | **$572,348.89** |

*****BALANCE:** $32,651.11

\*   The balance in the litigation fund will be repaid to BLB&G. The amount reflected in BLB&G's Schedule of Expenses (Exhibit 2 to Exhibit I.1.) has been reduced by the amount of the balance in the litigation fund.

#515525