UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PFIZER INC. SHAREHOLDER DERIVATIVE LITIGATION | 09-cv-7822 (JSR) |

**DECLARATION OF CAITLIN M. MOYNA IN SUPPORT OF INTERVENOR LAWRENCE BEZIDIJIAN'S MOTION TO INTERVENE AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Caitlin M. Moyna, hereby declare as follow:

1. I am an associate of Brower Piven, A Professional Corporation, and I am admitted to practice in the Southern District of New York. I am counsel for Intervenor Lawrence Bezidijian. I submit this declaration in support of Intervenor Lawrence Bezidijian's Motion to Intervene and Motion for an Award of Attorneys' Fees and Expenses.

2. Attached as Exhibit 1 is a true and correct copy of a letter dated October 13, 2009 from Charles J. Piven, Esq. to the members of the Board of Directors of Pfizer, Inc.

3. Attached as Exhibit 2 is a true and correct copy of a letter dated December 15, 2009 from Matthew Lepore to Charles J. Piven, Esq.

4. Attached as Exhibit 3 is a true and correct copy of an excerpt of a letter dated February 3, 2011 from Charles J. Piven, Esq. to Matthew Lepore.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 7, 2011

                                                /s/ Caitlin M. Moyna
                                                Caitlin M. Moyna

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on February 7, 2011, the following documents were filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those indicated as non-registered participants:

Notice of Intervenor Lawrence Bezidijian's Motion to Intervene; Memorandum in Support of Intervenor Lawrence Bezidijian's Motion to Intervene; Notice of Intervenor Lawrence Bezidijian's Motion for an Award of Attorneys' Fees and Expenses; Memorandum in Support of Intervenor Lawrence Bezidijian's Motion for an Award of Attorneys' Fees and Expenses, and the Declaration of Caitlin M. Moyna in Support of Intervenor Lawrence Bezidijian's Motion to Intervene and Motion for an Award of Attorneys' Fees and Expenses.

                                                   /s/ David A.P. Brower_____
                                                    David A. P. Brower